# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

144820(23)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 144820
COA: 306248
Wayne CC: 83-005502

HAROLD GLENN ROGERS,
          Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's October 22, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

h0122